

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00544-CV

Esteban **GONZALEZ**,
Appellant

v.

Jorge **CORONA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-05431
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Delivered and Filed: April 1, 2026

DISMISSED FOR WANT OF PROSECUTION

Pro se appellant Esteban Gonzalez appeals the trial court's judgment. Appellant's brief was not timely filed. Consequently, we ordered appellant to file: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned the appellant that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed a brief or otherwise responded

to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM